IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERYVILLE REDEVELOPMENT AGENCY, a body politic,<br><br>    Plaintiff,<br><br>  v.<br><br>CLEAR CHANNEL OUTDOOR, ELTEX INVESTMENT CORPORATION, and DOES 1 through 50, inclusive,<br><br>    Defendants.<br>                                                    / | No. C 06-01279 WHA<br><br>**ORDER RE STIPULATION TO POSTPONE DATES** |

    The Court hereby **SETS** the hearing on defendants' motion to amend and plaintiffs' motion for remand for **MAY 25, 2006, AT 8:00 A.M.** The case management conference will be held immediately after the hearing. Please file your joint case management statement by **MAY 11, 2006**.

    **IT IS SO ORDERED.**

Dated: April 26, 2006.

                                                                   WILLIAM ALSUP
                                                                   UNITED STATES DISTRICT JUDGE