UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EMERYVILLE REDEVELOPMENT
AGENCY

          Plaintiff(s),

v.

CLEAR CHANNEL OUTDOOR; ELTEX
INVESTMENT CORPORATION

          Defendant(s).

CASE NO. 06-1279 WHA

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    ✓ Private ADR *(please identify process and provider)* _____
The parties are going to participate in mediation through JAMS

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓ other requested deadline   30 days from expert disclosures of valuation data

Dated: May 2, 2006

                                                    Attorney for Plaintiff

Dated: May 3, 2006

                                                    Attorney for Defendant

**[PROPOSED] ORDER**

 Pursuant to the Stipulation above, the captioned matter is hereby referred to:
  Non-binding Arbitration
  Early Neutral Evaluation (ENE)
  Mediation
  Private ADR

 Deadline for ADR session
  90 days from the date of this order.
  other

IT IS SO ORDERED.

Dated: May 8, 2006



_____
UNITED STATES DISTRICT JUDGE